IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

JUN 2 6 2013

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:13-CR-286-GBL |
| v. | ) | |
| | ) | Count 1: **Child Exploitation Enterprise** |
| QUINTAVIS DEONTE DUMAS, | ) | (18 U.S.C. § 2252A(g)) |
| a.k.a. "Tay," and | ) | |
| | ) | Counts 2-5: **Sex Trafficking of a Child** |
| KOYA TIFFANY ROOKE, | ) | (18 U.S.C. §§ 1591(a) & 2) |
| a.k.a. "KK," | ) | |
| | ) | Count 6: **Interstate Transportation of** |
| Defendants. | ) | **a Minor for Purposes of Prostitution** |
| | ) | (18 U.S.C. §§ 2423(a) & 2) |

**INDICTMENT**

**June 2013 Term - At Alexandria**

GENERAL ALLEGATIONS

THE GRAND JURY CHARGES THAT:

*Introduction*

At all times relevant to this Indictment:

1. Defendant QUINTAVIS DEONTE DUMAS, also known as "Tay," is a man from Georgia who was a member of a Child Exploitation Enterprise that prostituted girls who were under the age of 18 years as well as women over the age of 18 years.

2. Defendant KOYA TIFFANY ROOKE, also known as "KK," is a woman from Georgia who was a member of a Child Exploitation Enterprise that prostituted girls who were under the age of 18 years as well as women over the age of 18 years. KOYA TIFFANY ROOKE was also the girlfriend of defendant QUINTAVIS DEONTE DUMAS.

3. Edwin Barcus, Jr., also known as "Boo," was the leader of the Child Exploitation Enterprise of which defendants QUINTAVIS DEONTE DUMAS and KOYA TIFFANY ROOKE were members. Other members of this Enterprise included Joshua Dumas, also known as "Hitman," a man known as "Dread," and a man known as "Hollywood." Defendants QUINTAVIS DEONTE DUMAS and KOYA TIFFANY ROOKE agreed to participate in this Enterprise with Edwin Barcus, Jr., Joshua Dumas, a man known as "Dread," a man known as "Hollywood," and others.

4. On many occasions from at least spring 2012 through December 2012, during and in furtherance of this Child Exploitation Enterprise, in and affecting interstate commerce, the defendants, QUINTAVIS DEONTE DUMAS and KOYA TIFFANY ROOKE, acting in concert with other members of this Enterprise, did knowingly recruit, entice, harbor, transport, provide, obtain, maintain, and prostitute the following girls and women:

  a. a girl whose initials are "TJ," also known as "Niki," who was born in July 1995, and who was prostituted by the Enterprise when she was 16 and 17 years old;

  b. a girl whose initials are "CF," also known as "Chanel," who was born in March 1995, and who was prostituted by the Enterprise when she was 17 years old;

  c. a girl whose initials "DF," also known as "Chyna," who was born in October 1995, and who was prostituted by the Enterprise when she was 16 and 17 years old;

  d. a girl whose initials are "DS," also known as "Diamond," who was born in January 1995, and who was prostituted by the Enterprise when she was 17 years old;

  e. a girl whose initials are "AM," also known as "Aysia," who was born in September 1995, and who was prostituted by the Enterprise when she was 17 years old; and

      f.    a woman whose initials are "KA," also known as "Key," who was born in June 1994, and who was prostituted by the Enterprise when she was 17 and 18 years old;

knowing and in reckless disregard of the fact that these persons would be caused to engage in a commercial sex act and that these persons had not attained the age of 18 years at the time each person was caused to engage in a commercial sex act.

    5.    This Child Exploitation Enterprise prostituted these girls, and others, in and around at least the following places: Ashburn, Sterling, and Herndon, Virginia; Tallahassee, Florida; Savannah, Atlanta, Augusta, Marietta, and Macon, Georgia; and Charleston and Myrtle Beach, South Carolina.

COUNT ONE

## Engaging in a Child Exploitation Enterprise
(18 U.S.C. § 2252A(g))

THE GRAND JURY FURTHER CHARGES THAT:

1. Paragraphs 1 through 5 of the General Allegations of this Indictment are specifically re-alleged and incorporated by reference as if they were fully set forth here.

2. Between May 1, 2012 and December 20, 2012, in Fairfax County, in the Eastern District of Virginia and elsewhere, the defendants, QUINTAVIS DEONTE DUMAS, also known as "Tay," and KOYA TIFFANY ROOKE, also known as "KK," did knowingly engage in a Child Exploitation Enterprise, and did knowingly violate Section 1591(a) of Title 18 of the United States Code with respect to minor victims, as part of a series of felony violations constituting at least three separate incidents and involving more than one victim, and committed this series of felony violations in concert with each other and at least three other persons.

*Manner and Means of the Enterprise*

3. The purpose of the Child Exploitation Enterprise was to obtain money for, and preserve financial resources of, defendants QUINTAVIS DEONTE DUMAS and KOYA TIFFANY ROOKE, and Edwin Barcus, Jr., Joshua Dumas, "Dread," and "Hollywood."

4. Various members of the Enterprise recruited girls and women to prostitute for the Enterprise.

5. The Enterprise obtained commercial sex customers for the girls and women by posting advertisements on an Internet site known as www.Backpage.com, among other sites. Sex

customers would then respond to the advertisements via telephone and were directed to the various motels, hotels, and other locations where the commercial sex acts took place.

### *Overt Acts*

6. During and in furtherance of this Child Exploitation Enterprise and to effect the objects thereof, the defendants and other members of the Enterprise knowingly performed and caused to be performed overt acts in the Eastern District of Virginia and elsewhere. These acts included the following:

> a. on numerous occasions, defendant KOYA TIFFANY ROOKE would rent automobiles to be used to transport members of the Enterprise and the girls and women whom the Enterprise prostituted, including to transport them interstate;
>
> b. on numerous occasions, defendants QUINTAVIS DEONTE DUMAS and KOYA TIFFANY ROOKE transported various victims and other women prostituted by the Enterprise to and from the hotels and motels where the Enterprise harbored the victims and caused them to engage in commercial sex acts; this transportation included transportation between various states of the United States;
>
> c. on numerous occasions, defendants QUINTAVIS DEONTE DUMAS and KOYA TIFFANY ROOKE transported Edwin Barcus, Jr. and Joshua Dumas to various places where the Enterprise was prostituting girls and women;

d. on numerous occasions, defendant QUINTAVIS DEONTE DUMAS and defendant KOYA TIFFANY ROOKE rented motel and hotel rooms that were used to harbor the victims and were used as a place where the victims would perform commercial sex acts with customers;

e. on numerous occasions, defendant QUINTAVIS DEONE DUMAS acted as an "enforcer" for the Enterprise;

f. on numerous occasions, defendant QUINTAVIS DEONTE DUMAS carried a pistol that was used by defendant QUINTAVIS DEONE DUMAS and other members of this Enterprise for the security of the other members of the Enterprise and the profits that the Enterprise earned;

g. on numerous occasions, defendant KOYA TIFFANY ROOKE allowed other members of the Enterprise to use her laptop computer to post advertisements on Internet sites in an attempt to obtain commercial sex customers for the victims and other women and girls prostituted by the conspiracy;

h. on numerous occasions, Edwin Barcus, Jr. instructed and required girls and women prostituted by the Enterprise to consume a drug known as "Molly;"

i. on or about December 14, 2012, at the request of Edwin Barcus, Jr., defendant KOYA TIFFANY ROOKE posted a bond in

-6-

Fairfax County for the release of DL, a woman who had been prostituted by the Enterprise in Virginia;

j. on various occasions, defendant KOYA TIFFANY ROOKE instructed girls and women prostituted by the Enterprise about the rules to be followed and explaining to them how to obtain customers and how to engage in prostitution;

k. in or around October 2012, defendants QUINTAVIS DEONTE DUMAS and KOYA TIFFANY ROOKE traveled with Edwin Barcus, Jr. from Georgia to the area around Nashville, Tennessee to retrieve DF from another pimp who was then prostituting her; defendant QUINTAVIS DEONTE DUMAS accompanied Edwin Barcus, Jr. to confront the pimp and take DF from this other pimp.

(All in violation of Title 18, United States Code, Section 2252A(g)).

COUNTS TWO - FIVE

### Sex Trafficking of a Child
(18 U.S.C. §§ 1591(a) & 2)

THE GRAND JURY FURTHER CHARGES THAT:

1. Paragraphs 1 through 5 of the General Allegations of this Indictment are specifically re-alleged and incorporated by reference as if they were fully set forth here.

2. On or about the dates set forth below for each Count, all dates being approximate, in Fairfax County, in the Eastern District of Virginia, defendants QUINTAVIS DEONTE DUMAS, also known as "Tay," and KOYA TIFFANY ROOKE, also known as "KK," aided and abetted by each other and others, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, in and affecting interstate commerce, knowing and in reckless disregard of the fact that the person listed below had not attained the age of 18 years and would be caused to engage in a commercial sex act.

| Count | Victim | Date (on/about) |
|---|---|---|
| 2. | DF | November 2012 and December 1-11, 2012 |
| 3. | TJ | December 9-11, 2012 |
| 4. | DS | December 9-11, 2012 |
| 5. | AM | December 1-11, 2012 |

(All in violation of Title 18, United States Code, Sections 1591(a) and 2).

COUNT SIX

**Interstate Transportation of a Minor for Purposes of Prostitution**
(18 U.S.C. §§ 2423 & 2)

THE GRAND JURY FURTHER CHARGES THAT:

1. Paragraphs 1 through 5 of the General Allegations of this Indictment are specifically re-alleged and incorporated by reference as if they were fully set forth here.

2. In about late November 2012, in Fairfax County, in the Eastern District of Virginia and elsewhere, defendants QUINTAVIS DEONTE DUMAS, also known as "Tay," and KOYA TIFFANY ROOKE, also known as "KK," aided and abetted by each other and others, did knowingly transport DF, an individual who had not attained the age of 18 years, in interstate commerce with the intent that DF engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

(All in violation of Title 18, United States Code, Sections 2423(a) and 2).

A TRUE BILL
Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
FOREPERSON

Neil H. MacBride
United States Attorney

By: _____
Michael J. Frank
Assistant United States Attorney
Marc J. Birnbaum
Special Assistant United States Attorney