FILED: September 8, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4952 (L)
(1:13-cr-00286-GBL-2)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

KOYA TIFFANY ROOKE, a/k/a KK

 Defendant - Appellant

_____

No. 13-4962
(1:13-cr-00286-GBL-1)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

QUINTAVIS DEONTE DUMAS, a/k/a Tay

 Defendant - Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgments of the district court are affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK